FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 27, 2021

SEAN F. McAVOY, CLERK

JENAYA B.,

v.

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL
SECURITY,[1]

Defendant.

No.  1:20-CV-3180-JTR

ORDER GRANTING STIPULATED
MOTION FOR REMAND PURSUANT
TO SENTENCE FOUR OF 42 U.S.C. §
405(g)

**BEFORE THE COURT** is the parties' stipulated motion to remand the
above-captioned matter to the Commissioner for additional administrative
proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 16.
Attorney Victoria B. Chhagan represents Plaintiff; Special Assistant United States
Attorney Sarah Moum represents Defendant.  The parties have consented to
proceed before a magistrate judge.  ECF No. 4.  After considering the file and
proposed order, **IT IS ORDERED:**

1.    The parties' Stipulated Motion for Remand, **ECF No. 16**, is
**GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the

---

[1]Kilolo Kijakazi became the Acting Commissioner of Social Security on
July 9, 2021.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure,
Kilolo Kijakazi is substituted for Andrew M. Saul as the defendant in this suit.  No
further action need be taken to continue this suit.  *See* 42 U.S.C. § 405(g).

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will (1) update the record; (2) obtain a consultative psychological examination regarding the claimant's mental status functioning; (3) offer the claimant the opportunity for a new hearing; (4) further evaluate the medical opinion evidence; (5) continue through the sequential evaluation process, (6) obtaining additional medical and vocational expert testimony as necessary; and (7) issue a new decision.

2.    **Judgment shall be entered for PLAINTIFF**.

3.    Plaintiff's Motion for Summary Judgment, **ECF No. 13**, is **STRICKEN AS MOOT**.

4.    An application for attorney fees and costs may be filed by separate motion.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED July 27, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2